IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY R. GAITHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:10-cv-1558-IPJ-TMP |
| ) | |
| MUNICIPALITY OF ANNISTON; ) | |
| OFFICER GERALD LYONS; AGENT ) | |
| STANLEY RAY; JUDGE GUS COLVIN; ) | |
| DEPUTY JOHN POLLARD; DISTRICT ) | |
| ATTORNEY JOSEPH HUBBARD; ) | |
| ASSISTANT DISTRICT ATTORNEY ) | |
| BRIAN McVEIGH; JUDGE JOEL LAIRD; ) | |
| GOVERNOR BOB RILEY, ) | |
| ) | |
| Defendants ) | |

MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in this cause on August 20, 2010, recommending the that the complaint be dismissed as frivolous based on the immunities many of the defendants can claim and on the fact that the claims are all barred by the two-year statute of limitation applicable to civil rights actions under 42 U.S.C. § 1983. The plaintiff filed his objections to the report and recommendation on August 26, 2010, together with a motion to amend the complaint. (Doc. 6). On his objections, the plaintiff is entitled to a *de novo* review of the court materials relevant to his claims.

At the outset, the motion to amend the complaint fails to set out any real amendments, or otherwise describe how he seeks to amend the complaint. The motion simply asks the court to allow the plaintiff "to pursue this action as a personal injury trespass against his liberty by defendants under

42 U.S.C. § 1981 and/or § 1983, and to omitt [sic] request for injunctive relief...."  In fact, the magistrate judge's report and recommendation analyzed plaintiff's claims under appropriate § 1983 authority, assuming his claims to be asserted under § 1983.  Because the motion raises nothing new in the manner in which the complaint is read, it is DENIED as futile.

Having now reviewed and considered *de novo* the report and recommendation, the plaintiff's objections to it, and all other relevant court materials, the court finds the objections are due to be and hereby are OVERRULED, and the magistrate judge's report is ADOPTED and his recommendation is ACCEPTED.  Accordingly, by separate order, the court will dismiss this complaint as frivolous.

The Clerk is DIRECTED to mail a copy of the foregoing to the plaintiff.

DONE this 21st day of September 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE